# Fishkin Lucks

The Woolworth Building
233 Broadway, Suite 2005
New York, NY 10279
(646) 755-9200
www.fishkinlucks.com

Steven M. Lucks
slucks@fishkinlucks.com

October 6, 2026

**VIA ECF**
The Honorable Denise Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Request for Adjournment of October 8, 2026 Conference
Luxottica Group S.p.A. and Oakley, Inc. v. Wen Long Qui d/b/a 6971 Long Store
Civil Action No. 26-cv-06370-DLC

Dear Judge Cote:

We write on behalf of Plaintiffs in the above-referenced action to respectfully request that the Initial Pretrial Conference currently scheduled for October 8, 2026, be adjourned until after November 2, 2026, to permit counsel time to confer after Defendant's October 19, 2026, deadline to respond to the Complaint. Plaintiffs respectfully submit that the conference will be most productive once Defendant appears in the case and the pleadings are closed.

In accordance with Your Honor's individual Rule 1(D), Plaintiffs state that the conference is currently scheduled for October 8; no previous requests for adjournment have been made; Plaintiffs have been unable to confer with Defendant about alternative dates for the conference because Plaintiffs have no reliable means of contacting her and no attorney has appeared on her behalf; and this adjournment will not affect any future scheduled deadlines or conferences.

Respectfully submitted,

Steven M. Lucks

The conference is adjourned to November 13 at 2:00 pm.
Denise Cote
10/6/26